# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Case Number: 6:17-cv-00078-RBD-GJK

| | |
|---|---|
| James Bradford, | : |
| Plaintiff, | : |
| v. | : |
| One Main Financial Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 17, 2017

Respectfully submitted,

By  /s/ Stan Michael Maslona

Stan Michael Maslona, Esq.
Florida Bar No. 86128
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By */s/ Stan Michael Maslona*

                                         Stan Michael Maslona, Esq.